Paul S. Padda, Esq. (NV Bar No. 10417)
Email: ppadda@caplawyers.com
COHEN & PADDA, LLP
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada  89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT RADIN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:13-cr-0118-JCM-(CWH) |

### DEFENDANT'S UNOPPOSED MOTION TO STAY THE COURT'S COMMITMENT ORDER PENDING APPEAL

**(First Request)**

Certification:  In accordance with Local Rule 12-1(c), Defendant, by and through undersigned counsel, hereby certifies that this motion is timely filed.

By Order dated October 21, 2014, the Court granted the government's motion for psychiatric evaluation of Defendant Robert Radin.[1]  Under the terms of that Order, drafted by the government and signed by the Court, Defendant can be committed to a Federal Bureau of Prisons

---

[1] *See* Pacer #63.

1  ("BOP") facility "forthwith" for up to 45-days.[2]  Following the Court's execution of the Order
2  placed before it by the government, undersigned counsel telephoned government counsel to
3  express certain concerns about the Order.  Undersigned counsel indicated he would be seeking
4  further review of the Order from the District Court and, to that end, inquired if government
5  counsel would oppose a stay of the Order pending an appeal.  Government counsel indicated he
6  does not oppose this motion for stay of the Order pending appeal.
7      In support of this motion, Defendant relies upon the memorandum of points and
8  authorities set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

10  The Court's Local Rule IA 3-1 provides that the "court may *sua sponte* or on motion
11 change, dispense with, or waive any" of its rules "if the interests of justice so require."  In this
12 case, a stay of the Court's October 21, 2014 Order pending further judicial review is appropriate
13 for the reasons set forth below.
14  The Court executed an Order on October 21, 2014 which directs that Robert Radin, who
15 has been on pretrial release since April 2013, be committed "forthwith" to a BOP facility for up
16 to 45-days for psychological evaluation.  Following the Court's issuance of that Order, counsel
17 for Defendant contacted government counsel for the purpose of discussing the terms of the
18 Order and to express certain concerns pertaining to some of the conditions contained therein.
19 Following that discussion, counsel for the government indicated he would not oppose a stay of he
20 Order pending further judicial review.
21  In light of the foregoing, Defendant respectfully requests that the Court stay the
22 enforcement of its October 21, 2014 Order pending Defendant's appeal of the issues implicated
23 in the Order.  Both judicial economy and efficiency favor a stay.  Presently, trial is scheduled to
24 commence on November 17, 2014.  However, under the terms of the Court's Order, BOP may

---

[2] The government could request extensions beyond that 45-day period.

detain Mr. Radin for psychological examination immediately and well beyond the commencement of the current trial date.[3] Accordingly, the parties anticipate filing a stipulation seeking an extension of the current trial.

## CONCLUSION

For the reasons set forth herein, Defendant respectfully requests that the Court grant this motion and stay enforcement of its October 21, 2014 Order pending further judicial review.

                      Respectfully submitted,

                      /s/ *Paul S. Padda*

                      _____
                      Paul S. Padda, Esq.
                      Cohen & Padda, LLP

                      Attorney for Defendant

                      Dated: October 28, 2014

**IT IS SO ORDERED:**

**Defendant's unopposed motion for stay of the Court's October 21, 2014 Order (Pacer #63) is hereby granted. Enforcement of the Order shall be stayed pending further judicial review.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated: October  29 , 2014**

CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on October 28, 2014 a copy of the foregoing document, "DEFENDANT'S UNOPPOSED MOTION TO STAY THE COURT'S COMMITMENT ORDER PENDING APPEAL" was served (via the Court's CM/ECF system) upon counsel of record for the United States.

                      /s/ *Paul S. Padda*

                      _____
                      Paul S. Padda, Esq.

---

[3] This will, of course, interfere with defense counsel's ability to prepare for trial.