Paul S. Padda, Esq. (NV Bar #10417)
Email: paul.padda@thefederaldefenders.com
THE FEDERAL DEFENDERS LAW GROUP
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada  89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: thefederaldefenders.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>**ROBERT RADIN,**　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　)<br>_____) | Case No. 2:13-cr-0118-JCM-(CWH) |

### STIPULATION TO CONTINUE SENTENCING HEARING

### (First Request)

Certification:   In accordance with Local Rule 12-1(c), the parties, by and through undersigned counsel, certify that this stipulation is timely filed.

　　　　Pursuant to this Court's Local Rule 45-1, the parties respectfully request that the Court approve this stipulation to extend the time for the sentencing hearing in this case to a date no earlier than April 18, 2016.  Currently, sentencing is scheduled for March 7, 2016.  This is the parties' first request for a stipulation for the purpose identified herein.

　　　　In support of this stipulation, the parties rely upon the following:

　　　　1.　　The government filed an Information (Pacer #101) in this case on December 9, 2015.  Mr. Radin plead guilty to the one-count Information and the Court accepted his plea, setting his sentencing for March 7, 2016.

　　　　2.　　Counsel for Defendant has advised government counsel that, due to his work

1 schedule and the fact that Mr. Radin resides out-of-state, additional time is needed to prepare for
2 the sentencing. Specifically, during the next six weeks, undersigned counsel for Defendant will
3 be exceedingly busy preparing for and taking 20 separate depositions in three separate civil cases.

4     3.    Mr. Radin, who is out of custody, does not object to this stipulation seeking a
5 continuance of his sentencing date.

6     4.    Given the significant liberty interests at stake, the parties are in agreement that
7 defense counsel should have sufficient time to prepare for the sentencing. A continuance of
8 approximately six weeks will provide counsel with sufficient time to prepare for sentencing in
9 this matter.

Respectfully submitted,

/s/ *J. Gregory Damm*                      /s/ *Paul S. Padda*

J. Gregory Damm, Esq.                     Paul S. Padda, Esq.
Assistant United States Attorney         The Federal Defenders Law Group

Attorney for the United States             Attorney for Defendant

Dated: January 19, 2016                  Dated: January 19, 2016

**IT IS SO ORDERED:**

**The parties' stipulation seeking a continuance of the sentencing hearing in <u>United States v. Robert Radin</u>, 2:13-cr-0118-JCM-CWH is hereby approved. Sentencing shall be continued to the date and time set forth below:**

    **Date: <u>April 20, 2016</u>**

    **Time: <u> 10:00 a.m. </u>**

_____
UNITED STATES DISTRICT JUDGE

**Dated:** January 20, 2016

2

CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on January 19, 2016 a copy of the foregoing document, "STIPULATION TO CONTINUE SENTENCING HEARING" was served (via the Court's CM/ECF system) upon counsel of record for the United States.

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.